IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-11-340 |
| § | |
| TAI NGUYEN, *et al* § | |

**O R D E R**

The government filed an unopposed motion to have this case deemed a complex case and a motion for continuance, (Docket Entry No.103). The court grants the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 7, 2011 |
| Responses are to be filed by: | November 21, 2011 |
| Pretrial conference is reset to**:** | **November 29, 2011 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **December 5, 2011 at 9:00 a.m.** |

SIGNED on June 15, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge