UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| § | |
| § | No. H-11-CR-340 |
| THUONG THOMAS-MORE VO § | |
| STEVEN MARSHALL BOEHNING § | |
| HUNG VAN DANG § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on August 29, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge