IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-340 ( 3, 9, 10) |
| | § § | |
| THUONG THOMAS-MORE VO<br>STEVEN MARSHALL BOEHNING<br>HUNG VAN DANG | § § § | |

**ORDER**

The jury in the above captioned case retired to deliberate on August 29, 2012 and advised the court that the jury will continue it deliberations through the lunchtime meal. The Clerk is hereby ordered to provide the lunch meal for the jury. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on August 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge